CLERK'S OFFICE U.S. DIST. COURT

DEC 22 2014

JULIA C. DUDLEY, CLERK
BY: /s/
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| TAQUARN SCOTT, | ) | CASE NO. 7:13CV00606 |
| | ) | |
| Petitioner, | ) | |
| v. | ) | FINAL ORDER |
| | ) | |
| DIRECTOR, VIRGINIA D.O.C., | ) | By: Hon. Glen E. Conrad |
| | ) | Chief United States District Judge |
| Respondent. | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that respondent's motion to dismiss is **GRANTED**; the petition for a writ of habeas corpus under 28 U.S.C. § 2254 is **DISMISSED** as untimely filed; and this action is stricken from the active docket of the court.

Further, finding that petitioner has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c)(1), a certificate of appealability is **DENIED**.

ENTER: This 22d day of December, 2014.

/s/ Glen E. Conrad
Chief United States District Judge